**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 10-7485**

_____

UNITED STATES OF AMERICA,

                Plaintiff - Appellee,

      v.

JOSEPH MARION HEAD, JR.,

                Defendant – Appellant.

_____

Appeal from the United States District Court for the Western District of North Carolina, at Asheville. Martin K. Reidinger, District Judge. (4:98-cr-00102-MR-1; 1:10-cv-00197-MR)

_____

Submitted: April 28, 2011           Decided: May 27, 2011

_____

Before MOTZ and KEENAN, Circuit Judges, and HAMILTON, Senior Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Joseph Marion Head, Jr., Appellant Pro Se. Thomas Richard Ascik, Assistant United States Attorney, Asheville, North Carolina, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Joseph Marion Head, Jr., appeals the district court's order dismissing this action as improvidently filed and docketed. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. United States v. Head, Nos. 4:98-cr-00102-MR-1; 1:10-cv-00197-MR (W.D.N.C. Sept. 28, 2010). We deny the motions for appointment of counsel and for copies of records and briefs and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED